IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MEDICAL COMPONENTS, INC.,** | : | |
| Plaintiff/Counterclaim Defendant, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-2852 |
| | : | |
| **ARROW INTERNATIONAL, INC.,** | : | |
| Defendant/Counterclaim Plaintiff. | : | |
| | : | |

## ORDER

AND NOW, this 6th day of July, 2009, Judgment is hereby entered in favor of Counterclaim Defendant Medical Components, Inc. and against Counterclaim Plaintiff Arrow International, Inc. on Arrow's Third Counterclaim.

AND IT IS SO ORDERED.

*s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**